## Walter L. Manning and Lulu Manning, Appellees, v. Jacob L. Kesner, Appellant.

### Gen. No. 23,580.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Walter L. Manning and Lulu Manning, plaintiffs, lessees, against Jacob L. Kesner, defendant, the landlord, to recover for breach of a covenant in a lease. From a judgment for plaintiffs for $1,100, defendant appeals.

D'ANCONA & PFLAUM, for appellant.

THOMAS B. LANTRY, for appellees.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 84*—*what does not constitute parol evidence varying terms or substance of lease.* In an action by lessees against the landlord for breach of a covenant in a lease as to the use of the premises, evidence of conversation between defendant's agent and the plaintiffs at the time of making the lease, as to the location of a new entrance to the premises in case one should be made by the lessor, was admissible to aid the court in the construction of the covenant in the light of the situation of the parties at the time the writing was executed, and did not constitute parol evidence which varied the terms or substance of the lease.

2. EVIDENCE, § 372*—*who may testify as to value of good-will of*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*business.* The owners and operators of a business are competent witnesses as to the value of its good-will.

3. APPEAL AND ERROR, § 1245*—*when insufficiency of evidence may not be complained of.* Appellant cannot complain of the insufficiency of evidence as to the value of the good-will of a business due to his own objection to the admission of evidence relating thereto.

4. WORDS AND PHRASES—*"good-will" defined.* The good-will of a trade consists merely in the probability that the old customers will continue their patronage of the old place.